# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Jill Weinberg, | Civil Action No.: 4:14-cv-267 |
| Plaintiff, | |
| v. | |
| PHH Mortgage, | **COMPLAINT** |
| Defendant. | JURY |

For this Complaint, Plaintiff, Jill Weinberg, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Jill Weinberg ("Plaintiff"), is an adult individual residing in Plano, Texas, and is a "person" as defined by 47 U.S.C.A. § 153(39).

4. Defendant PHH Mortgage ("PHH"), is a Nevada business entity with an address of 1 Mortgage Way, Mount Laurel, New Jersey 08054, and is a "person" as defined by 47 U.S.C.A. § 153(39).

**FACTS**

5. In or around December 2013, PHH called Plaintiff's cellular telephone, 214-xxx-6934, using an automatic telephone dialing system ("ATDS") and/or by using an artificial or prerecorded voice.

6. When Plaintiff answered the calls, she heard a prerecorded message indicating that the call was for "Renee Shell" regarding her mortgage.

7. Plaintiff does not have an account with PHH and does not have a business relationship with PHH.

8. Plaintiff never provided her cellular telephone number to PHH and never provided her consent to PHH to be contacted on her cellular telephone.

9. The calls from PHH to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

**COUNT I**
**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –**
**47 U.S.C. § 227, et seq.**

10. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. Plaintiff never provided her cellular telephone number to PHH and never provided her consent to be contacted on her cellular telephone.

12. Without prior consent, PHH contacted Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

13. Upon information and belief, PHH's telephone system has the capacity to store numbers in a random and sequential manner.

14. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

15. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: May 1, 2014

Respectfully submitted,

By  /s/ Jenny DeFrancisco

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: jdefrancisco@lemberglaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| Jill Weinberg, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: _____ |
|  | : JURY |
| PHH Mortgage, | : |
| Defendant. | : |

**CERTIFICATE OF INTERESTED PARTIES**

NOW COMES Jenny DeFrancisco and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

          Jill Weinberg, Plaintiff
          Plano, Texas

Jenny DeFrancisco, Esq.

          CT Bar No.: 432383
          LEMBERG LAW LLC
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (203) 653-3424
          E-mail: jdefrancisco@lemberglaw.com
          *Attorneys for Plaintiff*

Dated: May 1, 2014

    Respectfully submitted,

    By  */s/ Jenny DeFrancisco*

    Jenny DeFrancisco, Esq.
    CT Bar No.: 432383
    LEMBERG LAW LLC
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    E-mail: jdefrancisco@lemberglaw.com
    *Attorneys for Plaintiff*