**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| Jill Weinberg,<br><br>       Plaintiff,<br> v.<br><br>PHH Mortgage,<br><br>       Defendant. | Civil Action No.: 4:14-cv-00267-ALM |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 11, 2014

                 Respectfully submitted,

                 By: */s/ Jenny DeFrancisco*

                 Jenny DeFrancisco, Esq.
                 CT Bar No.: 432383
                 LEMBERG LAW LLC
                 1100 Summer Street, 3rd Floor
                 Stamford, CT 06905
                 Telephone: (203) 653-2250
                 Facsimile: (203) 653-3424
                 E-mail: jdefrancisco@lemberglaw.com
                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 11, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF), which sent notice of filing to the following:

David Smith, Esq.
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
*Attorney for Defendant*

              By /s/ Jenny DeFrancisco
                Jenny DeFrancisco