**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JILL WEINBERG, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO.  4:14cv267 |
| | § | Judge Clark/Judge Mazzant |
| PHH MORTGAGE, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal [Doc. #10].

It  is **ORDERED** that the Stipulation of Dismissal [Doc. #10] is accepted by the court.

The court further **ORDERS** that  all claims asserted by Plaintiff in this case are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So ordered and signed on

**Oct 11, 2014**

_____
Ron Clark, United States District Judge